NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH DILLARD, JR.,      )
)
      Appellant,      )
)
v.      )      Case No. 2D18-4689
)
STATE OF FLORIDA,      )
)
      Appellee.      )
_____)

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.

PER CURIAM.

      Affirmed.  See Gerstein v. Pugh, 420 U.S. 103 (1975); Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Ellis v. State, 762 So. 2d 912 (Fla. 2000); State v. King, 426 So. 2d 12 (Fla. 1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Haynes v. State, 106 So. 3d 481

(Fla. 5th DCA 2013); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


SILBERMAN, BLACK, and SMITH,JJ., Concur.